Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KENNA, as an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>LIVEAUCTIONEERS, INC., a Delaware Corporation; LIVE AUCTIONEERS, LLC, a New York Limited Liability Company; and DOES 1-10, inclusive,<br><br>            Defendants | Case No.:<br><br>PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>Jury Trial Demanded |

1

COMPLAINT

Plaintiff Michael Kenna, by and through his undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1.     This action arises under the Copyright Act of 1976.

2.     This court has jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3.     Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.     Plaintiff is an individual residing in Seattle, Washington.

5.     Plaintiff is informed and believes and thereon alleges that Defendant LIVEAUCTIONEERS, INC. ("LAI") is a corporation organized in the state of Delaware and does business in and with the State of California with a principal place of business at 220 12th Avenue, New York, New York 10001.

6.     Plaintiff is informed and believes and thereon alleges that Defendant LIVE AUCTIONEERS, LLC ("LIVEAUCTIONEERS) is a limited liability company organized in the state of New York and does business in and with the State of California with a principal place of business at 10th East 38th Street, 4th Floor, New York, New York 10016; and is the owner of the website at https://www.liveauctioneers.com/.

7.     Defendants Does 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. Their true names, whether corporate, individual or otherwise, are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

8.     Plaintiff is informed and believes and thereon alleges that at all times

2

COMPLAINT

relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff's proximately caused thereby.

## CLAIMS RELATED TO SUBJECT PHOTOGRAPHY

9.    Plaintiff Michael Kenna is an accomplished and critically acclaimed photographer known for his unusual black and white landscapes featuring ethereal light.

10.    Plaintiff created and exclusively owns the original photographs (the "Subject Photographs") as identified and attached hereto in **Exhibit A**.  The Subject Photographs were registered with the United States Copyright Office under registration numbers: VA0002251320, VA0002246059, VA0002238659, and TX0004141083.

11.    Plaintiff is the sole owner of the exclusive rights in the Subject Photographs.

12.    Plaintiff is informed and believes and thereon alleges that following his publication and display of the Subject Photographs, LAI, LIVEAUCTIONEERS, DOE Defendants, and each of them have willfully copied, reproduced, displayed, and distributed the Subject Photographs without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to the use on https://www.liveauctioneers.com/, as seen in the screen captures and or URLs depicted in **Exhibit B** hereto.

//

//

3

COMPLAINT

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement – Against all Defendants, and Each)

13.     Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs.

14.     Plaintiff alleges on information and belief that Defendants, and each of them, accessed the Subject Photographs by without limitation, viewing the Subject Photographs on Plaintiff's website or social media profiles, on other sites online, or in physical publications. The identicality of the copying also show access.

15.     Plaintiff alleges on information and belief that Defendants, and each of them, copied, reproduced, displayed, and distributed the Subject Photographs online as seen in the screen captures attached hereto as **Exhibit B**.

16.     Plaintiff alleges on information and belief that Defendants, and each of them, infringed Plaintiff's copyrights by creating infringing derivative works from the Subject Photographs and publishing same to the public.

17.     Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

18.     Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's rights in the Subject Photographs. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of Plaintiff's rights in the Subject Photographs in an amount to be established at trial.

19.     Plaintiff alleges on information and belief that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000.00 per infringement and/or a preclusion from asserting certain equitable and other defenses.

COMPLAINT

## **<u>SECOND CLAIM FOR RELIEF</u>**

(For Vicarious and/Contributory Copyright Infringement – Against all Defendants, and Each)

20.     Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs.

21.     Plaintiff alleges on information and belief that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and distribution of the Subject Photographs as alleged hereinabove. Such conduct included, without limitation, publishing photographs obtained from third parties that Defendant(s) knew, or should have known, were not authorized to be published by Defendant(s); publishing the Infringing Content on affiliate, third-party, and social media sites; and distributing the Infringing Content to third-parties for further publication.

22.     Plaintiff alleges on information and belief that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct. Specifically, Defendants, and each of them, received revenue in connection with the Infringing Content, and were able to supervise the distribution, broadcast, and publication of said content.

23.     By reason of the Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Plaintiff has suffered general and special damages in an amount to be established at trial.

24.     Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's rights in the Subject Photographs. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of their rights in the Subject Photographs, in an amount to be established at trial.

COMPLAINT

25.    Plaintiff alleges on information and belief that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000.00 per infringement and/or a preclusion from asserting certain equitable and other defenses.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

### Against all Defendants, and Each,

With Respect to Each Claim for Relief:

a. That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Plaintiff's copyrights in the Subject Photographs, including without limitation an order requiring Defendants, and each of them, to remove any content incorporating, in whole or in part, the Subject Photographs from any print, web, or other publication owned, operated, or controlled by any Defendant.

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, and, to the extent available, statutory damages as available under the 17 U.S.C. § 504 and other applicable law.

c. That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Plaintiff's intellectual property rights;

d. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

e. That Plaintiff be awarded its costs and fees under the statutes set forth above;

6

COMPLAINT

e.  That Plaintiff be awarded his costs and fees;

f.  That Plaintiff be awarded statutory damages and/or penalties under the statues set forth above;

g.  That Plaintiff be awarded pre-judgment interest as allowed by law; and

h.  That Plaintiff be awarded the costs of this action; and

i.  That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: May 26, 2021                     By: */s/ Stephen M. Doniger*
                                        Stephen M. Doniger, Esq.
                                        Kelsey M. Schultz, Esq
                                        DONIGER / BURROUGHS
                                        Attorneys for Plaintiff

COMPLAINT

## Exhibit A

## SUBJECT PHOTOGRAPHS





COMPLAINT



COMPLAINT



COMPLAINT





COMPLAINT





COMPLAINT



COMPLAINT



COMPLAINT





15





16

COMPLAINT





COMPLAINT





COMPLAINT





COMPLAINT





COMPLAINT





COMPLAINT





COMPLAINT







23

COMPLAINT







24





COMPLAINT







26







COMPLAINT





28

COMPLAINT





COMPLAINT





COMPLAINT







31





COMPLAINT





COMPLAINT





COMPLAINT





COMPLAINT







36



COMPLAINT





COMPLAINT





COMPLAINT





COMPLAINT







COMPLAINT





42

COMPLAINT







COMPLAINT





COMPLAINT





COMPLAINT





COMPLAINT







COMPLAINT





COMPLAINT





COMPLAINT





COMPLAINT





COMPLAINT





52





COMPLAINT





COMPLAINT





COMPLAINT





56





COMPLAINT





COMPLAINT





COMPLAINT





COMPLAINT





61







COMPLAINT





COMPLAINT





COMPLAINT





65





COMPLAINT





COMPLAINT





COMPLAINT







COMPLAINT





70





COMPLAINT





COMPLAINT





COMPLAINT





74





COMPLAINT





COMPLAINT





COMPLAINT





COMPLAINT





COMPLAINT





COMPLAINT







COMPLAINT





COMPLAINT

COMPLAINT

## Exhibit B

# INFRINGING CONTENT





84





COMPLAINT













COMPLAINT





COMPLAINT







COMPLAINT









COMPLAINT



COMPLAINT







COMPLAINT

100





COMPLAINT



COMPLAINT





COMPLAINT



COMPLAINT





COMPLAINT







COMPLAINT



COMPLAINT







COMPLAINT



COMPLAINT



113



114



COMPLAINT



COMPLAINT



117



COMPLAINT





119



COMPLAINT



COMPLAINT



122



COMPLAINT

124



125



126



COMPLAINT



128

129



130



131





132

COMPLAINT



COMPLAINT



COMPLAINT





COMPLAINT





136



137



COMPLAINT



139



COMPLAINT



COMPLAINT



COMPLAINT



COMPLAINT





COMPLAINT



146

147

COMPLAINT



148



COMPLAINT



COMPLAINT



COMPLAINT



COMPLAINT

153



COMPLAINT



COMPLAINT



COMPLAINT









159



COMPLAINT



162



COMPLAINT





COMPLAINT



165



COMPLAINT



167



COMPLAINT



COMPLAINT



COMPLAINT



COMPLAINT



172



173



174





175



COMPLAINT



177



COMPLAINT