# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-5862-RSWL(AGRx) | Date | March 1, 2022 |
|---|---|---|---|
| Title | *MICHAEL KENNA v. LIVEAUCTIONEERS, INC.; ET AL.* | | |

| Present: The Honorable | RONALD S.W. LEW, UNITED STATES SENIOR DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE DKT. NO. 20[21] (Filed February 28, 2022)

The Court is in receipt of plaintiff's Response to Order To Show Cause[21] filed February 28, 2022.  The Court hereby grants plaintiff's request to extend the Order to Show Cause:

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **April 11, 2022**, why this action should not be dismissed for lack of prosecution **as to defendant BLACK RIVER AUCTION, LLC, only**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

• A proof of service of summons and complaint on **defendant BLACK RIVER AUCTION, LLC**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |